**367 CITIZENS' SAVINGS BANK vs. CIRCUIT JUDGE (Ingham), No. 13802, 98 M., 173.**

To compel respondent to permit relator, a creditor, to intervene in a proceeding instituted by the bank commissioner against an insolvent bank, allow an issue to be framed and the liability determined, where a receiver had been appointed who refused to allow relator's claim.

Held, that relator was entitled to intervene, have an issue framed and a trial thereof, but that the issue of the writ was unnecessary. December 22, 1893.

**368 STRADLEY vs. CIRCUIT JUDGE (Chippewa), No. 13456.**

To compel respondent to vacate an order denying leave to relator, a stockholder, to intervene in a foreclosure proceeding, and defend in a case where the corporation itself had allowed an order pro confesso to be entered.

Denied June 30, 1893, with costs, on the ground that, in his petition to the court below the charges of fraud and collusion were made upon information and belief and unsupported by other proof.

**369 RIVERSIDE IRON WORKS vs. CIRCUIT JUDGE (Wayne), No. 13969, 100 M., 124.**

To compel respondent to vacate an order allowing certain creditors, whose debts had not been merged in judgment, to intervene, answer and file a cross-bill resisting the petition of the relator, filed under How. Stat., Sec. 8153, upon the return of an execution unsatisfied, for the sequestration of the stock and property of the corporation and the appointment of a receiver of the same.

Granted April 17, 1894, with costs.